154 A.3d 708

MICHAEL SCHAFFER, APPELLANT-PETITIONER, v. BOARD OF TRUSTEES, PUBLIC EMPLOYEES' RETIREMENT SYSTEM, RESPONDENT-RESPONDENT.

October 28, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002765–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

154 A.3d 708

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. RYON L. GREEN, DEFENDANT-PETITIONER.

October 28, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005355–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.